JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROMEO SCOTT CALAGUAS,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY, et al.,<br>Respondents. | No. 5:26-cv-02976-JAK (ADS)<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PETITION MOOT (DKT. 16)**<br>**[JS-6]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed.

The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge. **IT THEREFORE IS ORDERED** that the Petition is **MOOT**. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: July 28, 2026

John A. Kronstadt
United States District Judge